UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

HERMAN L. NITZ JR., PRO SE,  )
       Plaintiff  )
        )
  vs.  )    Case No. 11-CV-2065
        )
PAUL ANTHONY TALBOT, M.D.,  )
et al., NURSES MICHELLE BELL(LPN), )
ELICIA PEARSON(LPN) AND  )
LINDA PIATT (RN),  )
      Defendant(s)  )

3Rd AMENDED
COMPLAINT

☒  42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐  28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☒  Other SEE APRIL 30th, 2012 OPINION/DOCKET TEXT BY JUDGE MICHAEL P. MCCUSKEY (23 PAGE ORDER) IN THIS CASE: NITZ v. BELL, et al., #11-CV-2065

Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.
AND C"C.R.I.P.A."), CIVIL RIGHTS OF INSTITUTIONALIZED PERSONS ACT.

Now comes the plaintiff, HERMAN L. NITZ JR., and states as follows:

My current address is: DANVILLE CORR. CENTER 3820 EAST MAIN ST, DANVILLE, IL 61834

The defendant PAUL A. TALBOT, is employed as MEDICAL DOCTOR & MEDICAL DIRECTOR at DANVILLE CORR. CENTER OR REGION etc.

The defendant N/A, is employed as N/A at _____

The defendant _____, is employed as _____ at _____

The defendant _____, is employed as _____ at _____

(revised 9/96)

The defendant ___N/A___, is employed as ___N/A___
_____ at _____

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?         Yes ☐         No ☒

If yes, please describe ___N/A___

B. Have you brought any other lawsuits in state or federal court while incarcerated?
                 Yes ☒                 No ☐

C. If your answer to B is yes, how many? __9__ Describe the lawsuit in the space below. (If there SEE ORIGINAL COMPLAINT AND 4-30-12 ORDER is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to previous lawsuit:

   Plaintiff(s) ___N/A___

   Defendant(s) _____

   2. Court (if federal court, give name of district; if state court, give name of county)
   ___N/A___

   3. Docket Number/Judge ___N/A___

## STATEMENT OF CLAIM

Place of the occurrence __DANVILLE CORR. CENTER__

Date of the occurrence __11-03-2010 TO 1-04-2011__

Witnesses to the occurrence __NURSES BELL, PEARSON, PLATT__

State here briefly the FACTS that support your case. Describe how EACH defendant is involved. Do not give any legal arguments or cite cases or statutes.. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

1. PLAINTIFF NITZ WAS TRANSFERRED TO DANVILLE C.C. ON 11-03-2010 FROM THE ILLINOIS RIVER C.C. AND PRIOR TO THAT TRANSFER WAS DIAGNOSED AS A DIABETIC BY DR. CARLA GREBY M.D. AND PSYCHIATRIST DR. PATIBANDLA AT ILLINOIS RIVER. ("SEE EXHIBITS F AND G"). ("SEE ALSO EXHIBITS A TO H").

2. PLAINTIFF WAS PLACED IN PUNITIVE SEGREGATION WHEN HE ARRIVED AT DANVILLE C.C. FOR 30 DAYS AND AS A DIABETIC HE WAS SUPPOSE TO RECEIVE INSULIN WHENEVER HIS BLOOD SUGAR LEVEL WAS ABOVE 200 JUST LIKE AT ILLINOIS RIVER WHERE HE DID RECEIVE INSULIN. ("SEE EXHIBITS A TO H").

3. UPON ARRIVAL AT DANVILLE DEFENDANT TALBOT AS DOCTOR & MEDICAL DIRECTOR WAS SUPPOSE TO REVIEW MY MEDICAL FILE AND EVALUATE MY SERIOUS DIABETIC MEDICAL NEEDS BUT FAILED TO DO SO, I DID NOT RECEIVE INSULIN AND AS A RESULT I WAS PHYSICALLY AND PSYCHOLOGICALLY INJURED. THESE INJURIES WERE EASILY PREVENTABLE AS INSULIN WOULD HAVE CONTROLLED MY HIGH GLUCOSE LEVELS FROM 11-03-2010 TO 1-04-2011. ("SEE EXHIBIT A").

4

4. Since defendant Talbot is not a layman, but a doctor its reasonable that as a result of defendant Talbots ignoring a known risk I was injured and thus an inference can be drawn that his culpable refusal to use his knowledge that would have prevented harm was the primary cause of my injuries. ("SEE EXHIBITS A TO H").

5. Defendant Talbot was informed pursuant to medical records etc. that my blood glucose levels were very high ("SEE EXHIBIT A"). But, for over 30 days I still did not receive insulin. The fact that I had to eventually be hospitalized on 1-04-2011 to treat me with insulin to control my diabetes and cellulitus in left great toe is good evidence that my claim is factual. I have also been on insulin twice a day ever since 1-04-2011 to present, over a year now. Records show Talbot actually reviewed chart but still did not order insulin.

6. Other evidence that defendant Talbot committed intentional wrongdoing with reckless and wanton disregard for my health and welfare exists "BY EXHIBITS - B TO E"). Talbot told me also I would never get diabetic shoes because I like to sue everyone. Also, the warden said shoes were ordered, but I never received them, just as Talbot stated! This shows that Talbot posessed malicious intent to deny prescribed course of treatment just because I sued people which is cruel & unusual punishment violating the 8th amendment of U.S. Constitution.

5

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

I REQUEST PUNITIVE DAMAGES IN AMOUNT OF $10, MILLION DOLLARS AND ALSO $10, MILLION DOLLARS COMPENSATORY DAMAGES FOR VIOLATING ("C.R.I.P.A.") CIVIL RIGHTS OF INSTITUTIONALIZED PERSONS ACT. I REQUEST APPOINTMENT OF COUNSEL TO HELP ME FINISH DISCOVERY IN THIS CASE AND PREPARE DISPOSITIVE MOTIONS PRIOR TO TRIAL SET FOR OCTOBER 15, 2012, AT 9:00 AM AS DISPOSITIVE MOTION DEADLINE IS JUNE 30, 2012. AND ANY OTHER RELIEF THIS COURT DEEMS NECESSARY. AND TO BE PROVIDED WITH COPY OF WEXFORD OR BANTRY GROUP CONTRACT WITH DANVILLE C.C. OR I.D.O.C. THAT SHOWS DR. TALBOT HAD A CLEAR DUTY TO REVIEW MY MEDICAL FILE TO EVALUATE MY SERIOUS DIABETIC NEEDS FOR INSULIN.

JURY DEMAND   Yes [X]   No [ ]

Signed this 4th day of MAY, 2012.

*Herman L. Nitz Jr.*
(Signature of Plaintiff)

| | |
|---|---|
| Name of Plaintiff: HERMAN L. NITZ JR. | Inmate Identification Number: # N-08438 |
| Address: DANVILLE CORR. CENTER 3820 E. MAIN ST, DANVILLE, IL 61834. | Telephone Number: (217) 446-0441 |

DECLARATION AND VERIFICATION BY CERTIFICATION BY PRO SE PLAINTIFF HERMAN L. NITZ JR. #N-08438

ON THIS 4th day of MAY 2012; I, HERMAN L. NITZ JR., PRO SE PLAINTIFF, DECLARE UNDER PENALTY OF PERJURY PURSUANT TO 18 USC §1621 AND 28 USC §1746, THAT; I AM THE PLAINTIFF TO THIS ACTION AMENDING THE COMPLAINT ADDING DOCTOR PAUL A. TALBOT, M.D. CASE NO. #11-CV-2065 NITZ v. BELL, et al., PURSUANT TO JUDGE MICHAEL P. McCOSKEY' OPINION/DOCKET TEXT ORDER DATED 4-30-2012. I HAVE READ THE COMPLAINT ATTACHED HERETO AND HAVE KNOWLEDGE OF ITS CONTENTS ALL STATEMENTS ARE TRUE AND CORRECT EXCEPT FOR ANY MATTERS, BASED ONLY ON INFORMATION OR BELIEF AND AS TO SUCH MATTERS I CERTIFY THAT I VERILY BELIEVE SAME TO ALSO BE TRUE. ("SEE ALSO EXHIBITS TO COMPLAINT MARKED A TO G") AND H").

WHEN I WAS AT THE ILLINOIS RIVER C.C. I WAS DIAGNOSED WITH DIABETES MELLITUS OR ("DM") SEE FOR EXAMPLE EXHIBITS F AND G.; DEFENDANT TALBOT FAILED TO PERFORM A DUTY OF DUE MEDICAL CARE THAT WAS MANDATORY AND NON-DISCRETIONARY BY FAILURE TO REVIEW MY MEDICAL FILE AND EVALUATE MY SERIOUS DIABETIC NEEDS WHEN I WAS TRANSFERRED FROM ILLINOIS RIVER C.C. TO DANVILLE C.C. ON 11-03-2010 AND I WAS DENIED INSULIN FOR OVER 30 DAYS AND WAS PHYSICALLY INJURED & PSYCHOLOGICALLY DAMAGED AS A DIRECT & PROXIMATE RESULT. THOUGH I WAS ALSO PRESCRIBED DIABETIC SHOES I NEVER RECEIVED THEM THOUGH PRESCRIBED BY TALBOT HIMSELF. DEFENDANT TALBOT TOLD ME I WOULD NEVER RECEIVE THE DIABETIC SHOES BECAUSE I LIKE TO SUE EVERYBODY. LATER ON MAY 9th 2011 WARDEN KEITH O. ANGLIN SENT AN E-MAIL TO JACKIE MILLER FOR A.R.B. OFFICE OF INMATE ISSUES STATING I WOULD GET DIABETIC SHOES, BUT, I NEVER GOT THEM JUST AS TALBOT STATED.

Herman L. Nitz Jr. #N-08438